UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard R. Wescott

    v.                                    Case No. 22-cv-59-LM

Martin et al


ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 2, 2022.

_____
Landya B. McCafferty
Chief Judge

Date: June 30, 2022


cc: Richard R. Wescott, pro se